[No. 13880–8–II.   Division Two.   December 14, 1990.]

JOHN DAVY, *Appellant,* v. THE CITY OF BREMERTON
DISABILITY FIREFIGHTERS PENSION BOARD,
*Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 89–2–00527–3, James D. Roper, J., entered
April 17, 1990. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, C.J., and Morgan,
J.

[No. 13401–2–II.   Division Two.   December 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
LEWIS BOLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 88–1–00124–8, David R. Draper, J., entered
November 22, 1989. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Alexander, C.J., and
Petrich, J.

[No. 13275–3–II.   Division Two.   December 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
EDWARD WARDELL, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 89–1–00071–7, James B. Sawyer II, J., entered
September 12, 1989. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and
Worswick, J.